IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:15-CR-16-D-1
5:16-CV-273-D

WESLEY RUSSELL FULLER, )
)
Petitioner, )
)
v. ) **ORDER**
)
UNITED STATES OF AMERICA, )
)
Respondent. )

The Memorandum and Recommendation filed herein on 26 January 2018 at D.E. 54 is hereby VACATED. Because the Memorandum and Recommendation no longer has any force or effect, no objections shall be filed in response to it and the deadlines specified therein for objections are null and void. This case remains before the undersigned magistrate judge pursuant to the referral in the court's order of 12 April 2017 (D.E. 29 at 6).

SO ORDERED, this 1st day of February 2018.

James E. Gates
United States Magistrate Judge