UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-cr-16-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WESLEY FULLER | ORDER GRANTING MOTION TO SEAL EXHIBIT |

The Court hereby GRANTS Mr. Fuller's motion to seal the proposed exhibit to his motion for compassionate release. The Court ORDERS the exhibit at DE 63 be sealed until otherwise ordered by the Court, except that copies may be provided to the U.S. Attorney's Office and counsel for the Defendant.

SO ORDERED. This 17 day of August 2020.

JAMES C. DEVER III
United States District Judge